IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-624-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**DEMETRIUS SOMERVILLE,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is scheduled for **October 28, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: September 7, 2011